UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

---

| | |
|---|---|
| **ALEXANDER ISMAEL BENAVIDEZ** | **CASE NO. 25-cv-1465 SEC P** |
| -vs- | **JUDGE DRELL** |
| **WARDEN FCI POLLOCK** | **MAGISTRATE JUDGE PEREZ-MONTES** |

---

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 6), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (ECF No. 1) is DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED at Alexandria, Louisiana this 10th day of February 2026.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT